United States District Court
Southern District of Texas
**ENTERED**
July 01, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:25−mj−00400 |
| | § | |
| Luis Miguel Claros Sarmiento | § | |

### ORDER APPOINTING COUNSEL

    Because the defendant has satisfied this court that he or she is financially eligible for court-appointed counsel, the court appoints Mark Diaz to represent the defendant.

    Signed at Houston, Texas, on July 1, 2025.

Peter Bray
United States Magistrate Judge