United States District Court
Southern District of Texas
**ENTERED**
July 01, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:25–mj–00400 |
| § | |
| Darwin Martinez § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Preliminary Examination and Detention Hearing
July 9, 2025 at 02:00 PM
Courtroom 703
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 1, 2025

_____
Peter Bray
United States Magistrate Judge