AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas ☑

United States Courts
Southern District of Texas
FILED
*July 02, 2025*

Nathan Ochsner, Clerk of Court

United States of America
v.
Raul Antonio Claros Sarmiento

)
)
)
)
)
)
)

Case No. 4:25-mj-0400

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Raul Antonio Claros Sarmiento
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 21 United States Code, Section 846

Date: 06/29/2025

*Issuing officer's signature*

City and state:    Houston, Texas

Peter Bray, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 06/29/25, and the person was arrested on *(date)* 06/29/25
at *(city and state)* Houston, TX

Date: 06/30/25

*Arresting officer's signature*

V. Heinrich, DUSM
*Printed name and title*