# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas ☑

United States Courts
Southern District of Texas
FILED
*July 02, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Andys Luis Alvarez Herrera | ) | Case No. 4:25-mj-0400 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Andys Luis Alvarez Herrera**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 21 United States Code, Section 846

Date: 06/29/2025

*Issuing officer's signature* — Peter Bray

City and state: Houston, Texas

Peter Bray, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 06/29/25, and the person was arrested on (date) 06/29/25
at (city and state) Houston, TX

Date: 06/30/25

*Arresting officer's signature*

V. Heinrich, PUSM
*Printed name and title*